**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 21-1458 Lead Case |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1648 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1692 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Darnell Powell, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-2155 |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Arkel Garcia,

           *Plaintiff,*

    v.

City of Philadelphia, et al.,

           *Defendants.*

CIVIL ACTION
NO. 21-2884

Marvin Hill,

           *Plaintiff,*

    v.

City of Philadelphia, et al.,

           *Defendants.*

CIVIL ACTION
NO. 23-1002

Rafiq Dixon,

           *Plaintiff,*

    v.

City of Philadelphia, et al.,

           *Defendants.*

CIVIL ACTION
NO. 23-1650

Dwayne Handy,

           *Plaintiff,*

    v.

City of Philadelphia, et al.,

           *Defendants.*

CIVIL ACTION
NO. 24-1905

Curtis Kingwood,

                    *Plaintiff,*                              CIVIL ACTION
                                                             NO. 24-4681
          v.

City of Philadelphia, et al.,

                    *Defendants.*

Ronald Thomas,

                    *Plaintiff,*

          v.                                                 CIVIL ACTION
                                                             NO. 24-4914
City of Philadelphia, et al.,

                    *Defendants.*

Donta Regusters,

                    *Plaintiff,*

          v.                                                 CIVIL ACTION
                                                             NO. 25-865
City of Philadelphia, et al.,

                    *Defendants.*

Corey Gibbs,

                    *Plaintiff,*

          v.                                                 CIVIL ACTION
                                                             NO. 25-2810
City of Philadelphia, et al.,

                    *Defendants.*

Neftali Velazquez,

          *Plaintiff,*

  v.

City of Philadelphia, et al.,

         *Defendants.*

CIVIL ACTION
NO. 25-3720

## <u>ORDER</u>

**AND NOW**, this 18th day of March, 2026, upon consideration of the City's

Motion for Summary Judgment (Dkt. No. 129), the plaintiffs' response (Dkt. No. 149),

the City's reply (Dkt. No. 164), the plaintiffs' Motion for Summary Judgment (Dkt.

Nos. 133 & 139), the City's response (Dkt. No. 146) and the plaintiffs' reply (Dkt.

No. 161), it is **ORDERED** the City's Motion is **GRANTED in part and DENIED in**

**part** and the plaintiffs' Motion is **DENIED**:

1. Judgment shall be entered in favor of the City on the plaintiffs' unconstitutional-custom, failure-to-supervise and failure-to-discipline claims.

2. The City's motion is denied as to the plaintiffs' failure-to-train claim.

It is further **ORDERED** the City's Motion to Preclude Dr. Richard Hough (Dkt.

No. 126) and Motion to Preclude Dr. Christopher Chapman (Dkt. No. 127) and the

plaintiffs' Motion to Preclude Dr. Daniel Kennedy (Dkt. Nos. 130 & 137) and Motion to

Preclude Dr. Lou Reiter (Dkt. No. 131) are **DENIED WITHOUT PREJUDICE**.

The parties' motions may be re-filed prior to trial, if necessary, more narrowly tailored to the plaintiffs' failure-to-train claim.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.